The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICOLE WILSON, DAWN DAUGHDRILL, and TERESA WINDERS,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST, GREG ADAMS, ANDREW BINDMAN, MD,<br><br>Defendants. | Case No. 2:24-cv-2142-JCC<br><br>[~~PROPOSED~~] ORDER STAYING CASE PENDING RESOLUTION OF APPEALS IN RELATED MATTER |

[~~PROPOSED~~] ORDER STAYING CASE
[NO. 2:24-CV-2142-JCC]

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING THEREFORE and in accordance with the Stipulated Motion to Stay Case Pending Resolution of Appeals in Related Matter,

IT IS HEREBY ORDERED THAT:

1. All proceedings in this matter, including discovery, pre-trial motions, and trial, shall be stayed until further order of this Court, pending resolution of the appeals in *Horsley, et al., v. Kaiser Foundation Hospitals, Inc., et al.,* Ninth Circuit Court of Appeals Case No. 24-5812, either at the Ninth Circuit or U.S. Supreme Court.

2. The parties shall provide the Court with an update regarding the status of that appeal every sixty days following the Court's ordering of the stay.

3. The parties shall file with the Court a copy of the Ninth Circuit's decision in *Horsley, et al., v. Kaiser Foundation Hospitals, Inc., et al.,* Ninth Circuit Court of Appeals Case No. 24-5812, within ten (10) days from its issuance, along with a copy of any post-appeal motions and/or writ applications to the Supreme Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:    March 11, 2025

_____
Hon. John C. Coughenour
United States District Court Judge

[~~PROPOSED~~] ORDER STAYING CASE
[NO. 2:24-CV-2142-JCC] - 1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

## CERTIFICATE OF SERVICE

I certify that on the date noted below I filed the *[Proposed] Order Staying Case Pending Resolution of Appeals in Related Matter* via the court's ECF system which will send notification to the following:

David J. Schexnaydre, T.A., Pro Hac Vice
Louisiana Bar Roll #21073
Schexnaydre Law Firm
2895 Highway 190, Suite 212
Mandeville, Louisiana 70471
Phone: (985) 292-2020
Email: david@schexnaydre.com

Charice Holtsclaw, WSBA No. 53850
Holtsclaw Law
301 Prospect St.
Bellingham, WA 98225
Phone: (306) 639-3393
Email: holtsclaw.law@gmail.com

***Attorneys for Plaintiffs***

DATED March 10, 2025 at San Francisco, CA.

                                               */s/ Mayela McArthur*
                                               Mayela McArthur

[~~PROPOSED~~] ORDER STAYING CASE
[NO. 2:24-CV-2142-JCC] - 2

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910