The Honorable John C. Coughenour

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| NICOLE WILSON, DAWN DAUGHDRILL, and TERESA WINDERS, | Case No. 2:24-cv-2142-JCC |
| Plaintiffs, | STIPULATION OF DISMISSAL, WITH PREJUDICE |
| v. | |
| KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST, GREG ADAMS, ANDREW BINDMAN, MD, | NOTE ON MOTION CALENDAR: JUNE 5, 2026 |
| Defendants. | |

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
[NO. 2:24-CV-2142-JCC]

316626115v.1

Pursuant to Federal Rule of Civil Procedure 41(a)(ii), Plaintiffs NICOLE WILSON, DAWN DAUGHDRILL, and TERESA WINDERS (collectively "Plaintiffs") and Defendants KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST ("KFHP-NW"), GREG ADAMS, ANDREW BINDMAN, MD ("Individual Defendants", collectively with KHFP-NW, "Defendants", collectively with Plaintiffs, the "Parties") hereby stipulate to, and respectfully request that the Court order, a dismissal of the above-captioned matter, with prejudice, with each party to bear its own costs.

As the court will recall, this matter was previously stayed pending either (a) final disposition of the appeal in the related matter, *Horsley, et al., v. Kaiser Foundation Hospitals, Inc., et al.* (Ninth Circuit Court of Appeals Case No. 24-5812)(Supreme Court No. 25-1203 ("*Horsley*"), or (b) further order of this Court.

As the Supreme Court issued on June 1, 2026, a denial of the Petition for Writ of Certiorari in *Horsley*, the parties to the above-captioned matter hereby agree that this matter may now be dismissed, with prejudice, with each party to bear its own costs.

Dated: June 5, 2026                    SCHEXNAYDRE LAW FIRM

By: *s/ David J. Schexnaydre*
    David J. Schexnaydre (Pro Hac Vice)
    2895 Highway 190 • Suite 212
    Mandeville, Louisiana 70471

    Charice Holtsclaw (WSBA 53850)
    301 Prospect St.
    Bellingham, WA 98225

    Attorneys for Plaintiffs

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
[NO. 2:24-CV-2142-JCC] - 1

316626115v.1

Dated:  June 5, 2026                          SEYFARTH SHAW, LLP

                                              By: *s/ Sean T. Strauss*
                                                  Josh M. Goldberg (WSBA 60733)
                                                  999 3rd Avenue, Ste. 4700
                                                  Seattle, WA 98104

                                                  Christian J. Rowley (Pro Hac Vice)
                                                  Sean T. Strauss (Pro Hac Vice)
                                                  Mark M. Wagner (Pro Hac Vice)
                                                  560 Mission St., Suite 3100
                                                  San Francisco, CA 94105

                                              Attorneys for Defendants

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
[NO. 2:24-CV-2142-JCC] - 2

316626115v.1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the date noted below I filed the ***Stipulation of Dismissal, With Prejudice; [Proposed] Order*** via the court's ECF system which will send notification to the following:

Josh M. Goldberg (WSBA 60733)
999 3rd Avenue, Ste. 4700
Seattle, WA 98104

Christian J. Rowley (Pro Hac Vice)
Sean T. Strauss (Pro Hac Vice)
Mark M. Wagner (Pro Hac Vice)
560 Mission St., Suite 3100
San Francisco, CA 94105

Attorneys for Defendants

DATED June 5, 2026 at Mandeville, LA.

/s/ *David J. Schexnaydre*
David J. Schexnaydre

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
[NO. 2:24-CV-2142-JCC] - 3

316626115v.1