THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICOLE WILSON, *et al.*,

Plaintiffs,

v.

KAISER FOUNDATION HEALTH PLAN OF
THE NORTHWEST, *et al.*,

Defendants.

CASE NO. C24-2142-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order of dismissal (Dkt. No. 24). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the stipulation is self executing and this action is DISMISSED with prejudice and without further recovery by any party. The Clerk is DIRECTED to close this case.

//

//

//

MINUTE ORDER
C24-2142-JCC
PAGE - 1

DATED this 5th day of June 2026.

<u>Joshua C. Lewis</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk

MINUTE ORDER
C24-2142-JCC
PAGE - 2